IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MONA D. GORSLINE,                       )
                                        )
            Plaintiff,                  )       TC-MD 111214N
                                        )
    v.                                  )
                                        )
COLUMBIA COUNTY ASSESSOR,               )
                                        )
            Defendant,                  )
                                        )
    and                                 )
                                        )
DEPARTMENT OF REVENUE,                  )
State of Oregon,                        )
                                        )
            Defendant-Intervenor.       )       **DECISION OF DISMISSAL**

        This matter is before the court on Defendant-Intervenor's motion to dismiss (motion)

Plaintiff's Complaint "because the entire appeal has become moot."  (Inv's Ltr at 1, Aug 10,

2012.)

        Plaintiff filed her Complaint on November 21, 2011, challenging Defendant-Intervenor's

inactivation of Plaintiff's property tax deferral for property identified under the Senior and

Disabled Property Tax Deferral Program for the 2011-12 tax year.  In support of its motion,

Defendant-Intervenor states:

> "[A]t the July 17, 2012, case management conference, [P]laintiff explained that
> she had actually been a part owner and lived in the home for eleven years.  The
> department has since confirmed these facts through county and DMV records.
> * * * [T]he department has determined that [P]laintiff does qualify for the deferral
> program for the 2011-12 property tax year.  In accordance with this
> determination, the department has reactivated [P]laintiff's property tax deferral
> account and will pay the property tax to Columbia County on [P]laintiff's behalf
> for the 2011-12 tax year.  Therefore, the case should be dismissed * * *."

(Inv's Ltr at 1, Aug 10, 2012.)  As of the date of this decision, Plaintiff has not filed a response

to Defendant-Intervenor's letter.  After considering the matter, the court finds that Plaintiff's

appeal should be dismissed as moot because Plaintiff has received the relief requested. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of August 2012.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on August 24, 2012. The Court filed and entered this document on August 24, 2012.*